| | OFFICE OF THE | |
|---|---|---|
| *KATHERIAN D. ROE<br>Federal Defender | **FEDERAL DEFENDER**<br>District of Minnesota<br>107 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415<br>Phone: 612-664-5858<br>Fax: 612-664-5850 | *DOUGLAS OLSON<br>JAMES BECKER<br>*SHANNON ELKINS<br>LISA LOPEZ<br>KEALA EDE<br>Assistant Defenders |
| *REGGIE ALIGADA<br>First Assistant Defender | | |
| *MANNY ATWAL<br>Senior Litigator | | ROB MEYERS<br>ERIC RIENSCHE<br>Research & Writing Attorneys |
| *MSBA Certified Criminal Law Specialist | | |

July 24, 2017

Honorable Patrick J. Schiltz
United States District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415

RE:  United States v. Maxim Senakh
     Criminal No. 15-11 (PJS/SER)

Dear Judge Schiltz:

Please find enclosed a letter to the Court from Mr. Senakh. I have enclosed his original letter in Russian and a translated version of the letter. I have enclosed the same from his wife and a letter from his sister.

Sincerely,

*[signature]*

MANNY K. ATWAL
Assistant Federal Defender

MKA/jmv

Enclosures

Cc:  Timothy Rank, AUSA
     Benjamin Fitzpatrick, Esq.
     Heather Otepka, USPO

Уважаемый судья Шильц,                                                                                                  15 июля 2017

Это может показаться странным, но я рад тому, как сложилась моя жизнь, и тому, где я сейчас. Конечно, мне не может нравится тюрьма и я не рад нахождению в разлуке с моей семьёй. Однако, это обвинение поставило меня лицом к лицу перед моей нелегальной деятельностью, это позволило увидеть всю неприглядность моих действий. Как итог, всё это пробудило во мне желание стать лучше. Я хочу снова вернуться к моему прежнему состоянию, когда я жил со своей семьёй и не нарушал закон, как это было ранее.

По причинам финансового характера я оказался участником сговора, в рамках которого я извлекал прибыль от перенаправления части посетителей с легитимных веб-сайтов на веб-сайты рекламодателей, заинтересованных в привлечении новых клиентов к их сервисам и услугам. Такое перенаправление выполнялось независимо от желания людей посетить веб-сайт рекламодателя. Это были лёгкие деньги, что и явилось причиной моего участия в сговоре. Однако теперь я выучил урок, что зарабатывать деньги быстрым путём далеко не лучшая идея. Должен отметить, это был очень убедительный и доходчивый урок. Со всей ответственностью я хочу заявить, что я полностью раскаиваюсь в содеянном, и я рад имеющейся возможности снова стать честным человеком и законопослушным гражданином.

Я хотел бы сказать несколько слов о том, в каком виде я вижу свою дальнейшую деятельность.

Мои знания, опыт и квалификация в компьютерных технологиях позволяют мне заниматься очень широким спектром работ. Однако мои размышления привели меня к осознанию, что моя дальнейшая занятость должна быть как-то связана с помощью людям. Это вовсе не означает, что я заброшу компьютеры и пойду раборать санитаром в госпиталь. Может быть у меня получится показать множеству людей, что компьютер это нечто большее, чем печатная машинка и интерфейс к веб-сайтам социальных сетей, что это гораздо более мощный и гибкий инструмент, применимый в реальной жизни, причём гораздо более дружелюбный, чем многие думают.

Я не знаю пока, в какой форме у меня получится организовать такую деятельность в дальнейшем, так как вариантов довольно много. Это может быть непосредственное обучение, создание онлайн-курсов, или я могу стать автором обучающей литературы на тему использования компьютеров – я люблю писать, либо это может быть в какой-то иной форме. В любом случае, я верю, что, когда придёт нужное время, нужная мне информация тем или иным путём придёт ко мне и я узнаю все детали того, где и как я смогу применить свои знания, умения и способности на высшее благо всех.

Слушая себя и свои чувства, я понимаю, что испытываю не только желание заняться такой деятельностью, но и реальную внутреннюю потребность в ней. В какой-то мере я начал вести такую деятельность уже сейчас, в тюрьме округа Шербурн. Однако сейчас я очень сильно ограничен в связи с языковым барьером между мной и людьми, с которыми я общаюсь.

В одном я совершенно уверен уже сейчас – заниматься тем, чем я занимался раньше, или чем либо подобным я уже точно не буду – конечно, я имею ввиду криминальную составляющую своей прошлой деятельности.

По своей природе и складу характера я семейный человек. Я имею ввиду не то, что я нуждаюсь в семье или близких людях – это свойственно большинству людей, – но то, что семья для меня значит гораздо больше чем я сам для себя значу.

Женившись в 2000 году, а знакомы мы с моей женой с 1997 года – то есть уже 20 лет, – к этому времени я прошёл очень разные события в моей семейной жизни. Однако, я всегда ставил своим приоритетом мою семью – моих жену и ребёнка, – моих родителей, а так же мою сестру, с которой мы очень близки.

Очень и очень много для меня значит мой сын. По мере его роста и он сам, и мы с женой – в качестве его родителей – проходим разные стадии его развития. Начиная с полной его беспомощности и зависимости от родителей во всём, и далее – осознание себя, познание

мира вокруг, включение в социум, увлекательное начало учёбы и непрерывно усложняющееся её продолжение, периоды так называемых трудных возрастов, сложностей общения со сверстниками. И на всех этих этапах я всегда был рядом с моим сыном, всегда был готов поддержать его в трудную минуту, подсказать, направить, вразумить, иногда провести воспитательную беседу, объяснить ему в чём он не прав, а в некоторых случаях бывало и оказать ему неотложную медицинскую помощь.

Даже на протяжении последних двух лет – с момента моего ареста, – я стараюсь писать ему письма не просто о происходящих в моей жизни событиях, не просто с вопросами о его жизни, но письма поддерживающие его, помогающие ему получать правильное понимание самой жизни и её ценностей, развиваться не столько интеллектуально, сколько духовно.

Именно поэтому мне сейчас особенно тяжело осознавать, что меня нет с ним рядом, когда с его 14-м днём рождения он вступил в пору очередного трудного и важного периода взросления, в пору формирования его как мужчины, как защитника, как опоры самых близких ему людей, в пору, наконец, первого осмысленного интереса к противоположному полу.

Я понимаю, что это не только трудный период в его жизни и в жизни его родителей, но и очень важный период, ответственный период от которого зависит то, каким человеком вырастет мой сын, будет ли он воспринимать жизнь в своей собственной будущей семье с потребительской точки зрения, легкомысленно или же поймёт, осознает и примет понимание, что своя семья это в первую очередь ответственность и, причём, большая ответственность.

Я сожалею о том, что это понимание я, вероятно, не смогу донести до него не имея прямого с ним контакта, а наверстать упущенное будет крайне сложно, если вообще возможно. Безусловно, я не могу упрекать в этом никого другого, потому что на каждом шагу мы принимаем ответственность за свои поступки на себя и только на себя. Тем не менее …

Моя прежняя работа, и конечно, я говорю не о криминальной её составляющей, а скорее наоборот, до моего ареста позволяла мне не только финансово обеспечивать мою семью – в ней я являлся единственным кормильцем, так как моя жена не работала, а занималась ребёнком и домашним хозяйством, – но, так же, моя деятельность позволяла мне на протяжении более 10 лет поддерживать финансово двух наших мам – мою маму и маму моей жены.

Слава Богу, они обе живы, но размер пенсий в России на столько мал, что жить только на пенсию практически не возможно. Таким образом, от моего труда и его результатов – я повторяю, что далеко не весь он был связан с нарушением закона, – фактически зависели, кроме меня, ещё четыре человека.

К сожалению, нынешнего дохода моей жены хотя и достаточно для покрытия в минимальном объёме всех необходимых расходов её самой и нашего ребенка, но совершенно не достаточно для продолжения оказания финансовой помощи нашим мамам. Это ещё одна вещь, которая меня очень сильно тяготит в моём нынешнем положении.

Моя сестра могла бы взять на себя эти расходы, хотя бы в отношении нашей с ней мамы, но фактически она вынуждена сейчас поддерживать деньгами меня самого, так как средств на оплату моих телефонных переговоров, почтовых конвертов и марок к ним, а так же небольшого количества продуктов и средств гигиены, мне больше взять негде и не у кого.

Несколько слов о моих родителях. Не смотря на то, что мои родители очень давно разведены и живут отдельно друг от друга, это вовсе не помешало нам с сестрой никогда не терять контакт с ними, и продолжать полноценно общаться как с мамой, так и с отцом. Оба они неоднократно посещали меня в Финляндии во время моего нахождения в финской тюрьме, хотя это и было связано с необходимостью оформления виз в Финляндию и несением существенных расходов на сами поездки.

По характеру я больше похож на свою маму и с ней же более близок, если уж сравнивать мои с родителями отношения. Однако, именно мой отец, а не кто либо иной, помогал моей жене перегонять нашу машину из Финляндии в Россию после моего ареста. Он же долгое время помогал моей сестре с ремонтом её жилья после покупки.

Таким образом, не смотря на взаимные разногласия между моими родителями, у меня с

ними очень тёплые добрые отношения, и мы очень любим друг друга. Существенно то, что мой арест никак не ухудшил мои с родителями взаимоотношения, а скорее, даже, наоборот упрочил их. Конечно же, это важно и ценно для меня.

Безусловно, текущая ситуация с моим арестом тяжела для них обоих, но я стараюсь поддерживать их хотя бы словом. Наша связь не прекратилась и после моего ареста, даже не смотря на то, что возможность наших контактов в последний год ограничена только телефонными звонками и письмами. К сожалению, стоимость перелётов между Россией и Америкой, а так же практическая невозможность получения визы в Америку для россиян не позволяют мне даже надеяться на их визит ко мне до тех пор, пока я нахожусь здесь.

Будучи неисправимым оптимистом, я в каждой ситуации ищу светлые и хорошие стороны. Конечно, я нашел их и в нынешней ситуаци. И в первую очередь это то, что каждый член моей семьи и я сам получили новый опыт, который сделал нас лучше.

К примеру моя жена стала гораздо более самостоятельным человеком. Годы жизни в браке со мной, когда решение очень многих проблем я брал на себя, сделали её зависимой от меня, что в последнее время её очень угнетало. Благодаря случившуюся со мной, она снова поверила в себя, снова поверила в свои силы жить и решать любые жизненные проблемы самостоятельно. Другое дело, что это достаточно тяжело – всё делать самой, – но, тем не менее, вера в себя – это очень существенное качество, которое она обрела.

В свою очередь, ребёнок получил живой пример и урок на тему, почему те стоит преступать закон. Пример не из книжек или фильмов, где всё правильно, но к тебе лично не относится, а пример, который он прочувствовал на собственной опыте, на себе самом. По причине отсутствия других мужчин в доме – единственный его дедушка живёт от нас далеко и встречаются они не часто, – сын почувствовал себя более значимым, а вместе с тем и более ответственным – теперь он куда больше осознаёт значения своих поступков, своего поведения, старается быть другом и помощником своей маме.

Лично для себя, кроме неприятного, но очень полезного опыта, кроме иного отношения к закону, кроме значительно изменившегося мировоззрения, полученного благодаря появившемуся времени читать хорошие умные книги, способствующие как умственному так и духовному росту и развитию, ко всему прочему, я очень ясно осознал, как много значит для меня моя семья и как сильно они все меня любят – имею ввиду, конечно, не только жену и ребенка, но и мою сестру и моих родителей.

Как это не странно, но меня самого моя изоляция от общества не слишком напрягает. Я и раньше имел довольно узкий круг общения, в основном ограниченный моей семьёй и не многочисленными друзьями. Находясь здесь я получил время, которого мне постоянно не хватало в обычной жизни.

Я очень благодарен жизни за эту передышку, позволившую мне остановиться, отдышаться и задуматься над тем, кто я есть, как я живу, для чего я пришёл в эту жизнь, каково моё предназначение. Я очень много сейчас читаю, размышляю, медитирую, и молюсь.

Правда, мои молитвы не по учебнику и не связаны с какими либо просьбами, но они содержат благодарности, только благодарности, и идут от чистого сердца. Такое переосмысление молитвы пришло ко мне именно после ареста, в часы долгих раздумий об устройстве мира и моём месте в нём.

Таким образом, я благодарен за всё, что происходит в моей жизни и я верю, что всё это происходит с Божьей помощью и совершенно не случайно.

Ни в коей мере я не хочу указывать, как Вам следует поступать в отношении меня, я только прошу Вас учесть всё сказанное мной выше, а так же хочу подчеркнуть мой твёрдый настрой на возвращение к активной деятельности, лежащей в рамках закона и направленной на достижение интересов множества простых людей.

Полностью полагаюсь на вашу справедливость в принятии решения о моём наказании.

С уважением,
Максим Сенах

Dear Judge Schiltz                                                               July 15, 2017

    It may seem odd, but I am glad that my life took the path that I am on and that it brought me to where I am now. Of course, I don't like being in jail, I don't like being separated from my family. However, this indictment made me to face my illegal activity, and to see all the ugliness of my actions. As a result, it awoke in me the desire to be better than that. I wasn't to return to my former life when I lived with my family and did not break the law, like it used to be.

    For financial reasons I became a participant in a conspiracy where I made profit from redirecting some of the visitors to legitimate websites to websites of advertisers who wanted to attract new customers. This redirection was done regardless whether or not the person wanted to visit the advertiser's website. This was easy money, which is why I joined the conspiracy. No I have learned the lesson that making money the easy way is by far not the best idea. I have to say that this lesson was very easy to understand and it was very convincing. I take full responsibility, I very much regret what I've done, and I'm glad to have the opportunity to become again an honest man and a law-abiding citizen.

    I would like to tell you, briefly, about how I see my future occupation.

    My knowledge, experience and skills in computer technology allow me to engage in a wide range of work. However, my reflections led me to realize that my further employment should be somehow connected with helping people. This does not mean that I will stop working with computers and become an orderly at a hospital. Perhaps I will be able to teach many people that computer is not just a typewriter or the interface for social media websites. To show them that that is a much more powerful and flexible tool that can be used in everyday life and that it is much friendlier than many people think.

    There are many possibilities, and I don't know what precisely I am going to do. It may be face-to-face classes or development of online courses, or maybe I will write some instruction books about using computers. I like to write. Or it may take some other form. In any case I believe that when the right time comes, I will get the information I need, and I will know how I can apply my knowledge, skills, and talent for the common good.

    Listening to myself and my feelings, I understand that not only I feel the desire to do this, but also I have the real inner need to do it. To some extent, I already started doing this work here, at the Sherburne County Jail. However my abilities now are very limited by the language barrier between me and the people around me.

    One thing I know for sure – I am not going to do what I was doing before or anything like it. I mean, of course, the criminal component of my activities.

    By nature, as far as my personality goes, I am a family man. I don't just mean that I need a family or people close to me – that is typical of most people, - but that welfare of my family is more important to me than that of my own.

    I got married in the year 2000, but I knew my wife since 1997, so, 20 years now. Since then many things have happened in my life. But my family has always been my first priority: my wife and child, my parents, and also my sister, with whom I am very close.

    My son is very, very important to me. As he grows, he himself, and my wife and I, his parents, we go through different stages of development. Beginning with his complete helplessness and dependence on his parents for everything, then self-awareness, learning his surroundings, entering the society, fascinating start of and increasingly more difficult continuation of education, periods of so-called difficult age, difficulties of communication with peers. And at all these stages I was always with my son. I was always ready to support him in a difficult moment, to prompt, to direct, to reason, sometimes to have a serious conversation, to tell him when he was wrong about something, and in some cases to give him urgent Medical care.

Even during the last two years, since my arrest, I try to write letters to him not just about events in my life, and not just with questions about his life, but letters supporting him, helping him to understand the life itself and its values, and to grow not just intellectually, but also spiritually.

That is why it is especially painful for me now to realize that I am not with him, when on his 14th birthday he entered a difficult and important period of adulthood, at the time of his formation as a man, as a defender, as the support of his closest people, and finally, at the time of his first meaningful interest in the opposite sex.

I understand that this is not only a difficult period in his life and in the life of his parents, but also a very important period, a crucial period which will determine what kind of person my son will grow. It will determine whether he will perceive life in his own future family as a consumer, with little consideration, or whether he will understand and accept the idea that the family is primarily a responsibility and, moreover, a great responsibility.

I regret that without direct contact with him I probably will not be able to convey to him this understanding, and later it will be very difficult, if at all possible, to make up for lost time. Of course, I cannot blame anyone else for this, because in every point of our lives we and only we are responsible for the actions we take. But still...

My previous work, and, of course, I'm not talking about the criminal component of it, before my arrest, allowed me not only to provide financial support for my family (I was the only breadwinner, since my wife did not work, but was taking care of our child and household) but also allowed me to support financially two of our mothers for more than 10 years - my mother and my wife's mother.

Thank God, they are both alive. But the pensions in Russia are so small, that it is practically impossible to live only on a pension. Thus, besides me, four more people were dependent on the fruits of my labor. And, I repeat, by far, not all of it was done in violation of the law.

Unfortunately, my wife's current income, although sufficient to cover minimum necessary expenses for her and our child, is not enough to continue financial assistance to our mothers. This is another thing that weighs heavy on me in my current situation.

My sister could have taken on these expenses, at least with regard to our mother, but the fact is that she is forced to support me now. She is my only source of money to pay for my telephone calls, envelopes and postage, as well little bit of food and hygiene products.

I would like to say a few words about my parents. Despite the fact that my parents have been divorced for a long time and live separately from each other, my sister and I never lost contact with them, and we always had meaningful relationship with both, our mother and father. They both visited me several times in Finland during my stay in the Finnish jail, even though it required getting Finnish visas and significant travel expenses.

Personality-wise, I am more like my mother and, if I have to compare my relationship with my parents, I am closer with her. However, it was no one other than my father who helped my wife to drive our car from Finland to Russia after my arrest. Also, after my sister bought her home, for a long time he was helping her with the repairs.

So, despite all the disagreements between my parents, I have very close and warm relationship with them, and we love each other very much. It is significant that my arrest did not hurt my relationship with my parents, but instead it strengthened it. Of course, this is important and precious to me.

Of course, the current situation with my arrest is difficult for both of them, but I try to support them at least by encouraging them with my words. Our contacts did not stop even after my arrest, even though the means for our contact in the last year have been limited to only phone calls and letters. Unfortunately, the cost of flights between Russia and America, as well as the near impossibility for Russians to obtain a visa to the US don't leave any room for hope that they might visit me while I am here.

Being an incorrigible optimist, I try to see a silver lining in every situation. I found it in my

current situation as well. First of all, every member of my family and I gained a new experience that made us better.

For example, my wife became a much more independent person. Having been married to me for many years, where I took the responsibility for making many decisions, made her dependent on me, which recently was causing her to feel very depressed. Because of what happened to me, she again started believing in herself, and in her own strength to live and to solve any problems on her own. Of course it's quite hard for her to do everything by herself, but nevertheless, she gained self-confidence, which is a very important quality.

Also our child had a real lesson and example on the subject why one should not break the law. This example was not from books or films, where everything is right, but does not touch you personally. This was the example that he got to experience first-hand. Because of the absence of other men in the house (his only grandfather lives far from us and they don't get to see each other very often) our son felt more important, and, consequently, more responsible. Now he is much more aware of the significance of his actions, his behavior, and he tries to be a friend and a helper to his mother.

As for myself, apart from the unpleasant but very valuable experience, apart from changing my attitude towards the law, and apart from gaining a significantly different outlook onto the world, which I got because of the free time I had to read good and smart books that foster both mental and spiritual growth and development, I also very clearly realized how much my family means to me and how much they love me. I am talking, of course, not only about my wife and my child, but also about my sister and my parents.

It may seem strange, but I am not too bothered by my isolation from the society. I used to have a fairly narrow circle of socialization, which mostly consisted of by my family and few friends. While being here I had some free time, which I constantly lacked in ordinary life.

I am very grateful that life gave me this pause, which allowed me to stop, catch my breath and think about who I am, how I live, why I came into this life, and what my purpose in it is. I read a lot now, think, meditate, and pray.

My prayers are not from any textbooks and don't have any requests in them. They contain gratitude and only gratitude, and they come from the bottom of my heart. This new way of praying came to me after my arrest, during the long hours of thinking about the world and about my place in it.

Thus, I am grateful for everything that is happening in my life and I believe that it all happens by God's will and is not accidental.

I am not in any way trying to tell you what to do about me. I only ask you to take into account everything I said above, and I also want to emphasize my firm intention to return to lawful activities aimed at benefiting the interests of many ordinary people.

I completely rely on your fairness in deciding my punishment.

Sincerely,

Maxim Senakh

Дорогой судья Шильц,

Меня зовут Татьяна Сенах. Я проживаю в России, в городе Великий Новгород, на улице Германа, в доме 26/1, в 15 квартире. Сенах Максим Валерьевич является моим мужем. Из моих разговоров с Максимом я знаю, что то, что он сделал, является неправильным, и Максим сожалеет об этом. Хочу сообщить Вам, что хотя Максим получал дополнительные деньги в результате жульничества, мы не жили как богатые люди. Я не работала, и доходы Максима были единственным доходом в семье.

Как жена и мать нашего ребенка Олега, могу сказать о том, что Максим на первое место в жизни всегда ставил заботу о семье, о жене и сыне, о матери и отце, о родной сестре Надежде, а также о моей маме. Он очень любит нас. Мы тоже его любим и нам его очень не хватает. С самого рождения нашего сына Максим постоянно занимался его воспитанием, во всем ему помогал и многому научил. Когда сын был маленьким, Максим учил его плавать, кататься на велосипеде. В три года, благодаря терпению и любви Максима, Олег научился кататься на горных лыжах и очень полюбил этот вид спорта. Но сейчас без отца мы не имеем возможности кататься на лыжах. Они вместе с Олегом любят ловить рыбу, вместе строить деревянные модели кораблей. Одна из моделей так и не закончена. Ждет папу…
Летом мы часто с друзьями ходили в походы, где Максим научил сына ставить палатку, разводить костер, управлять нашей резиновой лодкой, готовить еду в котелке и многому другому, что просто необходимо уметь и знать будущему мужчине. Я, как женщина, не могла и не могу научить сына эти мужским делам.

У сына математический склад ума и папа помогал ему с точными науками: математика, физика, геометрия, учил играть в шахматы. Сейчас ребенок лишен такой помощи, оценки в школе стали хуже по этим дисциплинам. Я не сильна в таких предметах и часто не имею даже времени этим заниматься, так как являюсь единственным членом семьи, на котором в данный момент держится все хозяйство. В городе вместе с нами проживает только моя престарелая мама, которая сама нуждается в моей помощи. В результате без папы рядом Олег очень страдает и скучает по нему. Мне, как женщине, также, мягко говоря, весьма нелегко приходится. Сыну Олегу сейчас исполнилось 14 лет, это очередной сложный переходный возраст. Сейчас Олегу особенно нужны оба родителя, и мама, и папа. Я, как женщина, к сожалению, не всегда могу ответить на все вопросы мальчика и дать ему нужные советы.

Мне без мужа тоже нелегко. У нас долгий устойчивый брак, которому уже 17 лет, что большая редкость в наше время и само по себе о многом говорит. Познакомились мы еще в институте, в студенческие годы. Мы очень привязаны друг к другу. Мы большие друзья, имеем множество общих интересов и увлечений. В трудные времена всегда помогаем друг другу и находим общий язык и взаимопонимание даже в трудных ситуациях.

Жизнь без папы и мужа стала для нас с Олегом тревожной и одинокой, тяжелой и в моральном и в материальном плане, у нас нет уверенности в будущем и ощущения счастья. Я уверена, что Максим также очень страдает от разлуки с нами. Он все осознал и переосмыслил свой взгляд на жизнь в лучшую сторону. Максим умный и сильный мужчина, он уже знает, каким праведным трудом хотел бы заниматься в будущем.

Я и сын Олег верим в Максима и знаем, что он уже никогда не свяжет свою жизнь с какой бы то ни было незаконной деятельностью.

Большое спасибо за внимание.
С уважением
Татьяна Сенах
E-mail: sagitta08@mail.ru

Dear Judge Schlitz,

My name is Tatiana Senakh. I live in Russia, in the city of Veliky Novgorod, at Germana Street, building 26/1, apartment 15. Maxim Valerievich Senakh is my husband. From my conversations with Maxim I know that what he did was wrong, and I know that Maxim regrets it. I want to tell you that although Maxim received additional money as a result of fraud, we did not live like rich people. I did not work, and Maxim's income was the only income in the family.

As a wife and a mother of our child, Oleg, I can tell you that Maxim's top priority in his life has always been care of his family, his wife and son, his mother and father, his sister Nadezhda, and also my mother. He loves us very much. We also love him and we really miss him. Since the birth of our son, Maxim was always involved in his education and upbringing. He always helped him and taught him a lot. When our son was little, Maxim taught him to swim and to ride a bicycle. When he was three, thanks to Maxim's patience and love, Oleg learned to downhill ski and is very fond of this sport. But now, without a father, we don't have the opportunity to ski. Maxim and Oleg like to fish together and to build wooden models of ships. One of the models is still unfinished. It's waiting for the dad …

In the summer we often went on camping trips with friends, where Maxim taught our son to set up a tent, build a fire, manage our inflatable boat, campfire cooking, and much more that a man has to know how to do. I, as a woman, could not and cannot teach my son all these manly things. Our son has a talent for math and science and Maxim helped him with the exact sciences: mathematics, physics, and geometry. He taught him to play chess. Now our child does not have this help, and his school grades have suffered in these disciplines. I am not strong in those subjects and often don't have time to help him, because now I have to take care of our household all by myself. The only relative that lives in the same city with us is my elderly mother, who herself needs my help. As a result, Oleg misses his father and without him he is very sad. It is also very difficult for me as a woman. Our son Oleg has now turned 14. This is another difficult transformative age. Now Oleg especially needs both his parents, his mother and his father. As a woman, unfortunately, I cannot always answer all the boy's questions and give him the necessary advice.

It is also not easy for me to be without my husband. We have a long, stable 17-year marriage, which is a great rarity in our time and by itself says a lot. We met in college, during our student years. We are very attached to each other, we are great friends, and have many common interests and hobbies. In difficult times we always helped each other and found common language and understanding even in difficult situations.

Life without our father and husband has become lonely for me and Oleg and causes us lots of anxiety. It is difficult for us both emotionally and financially. We don't have confidence in our future or happiness in our life. I am sure that Maxim also suffers because of separation from us. He now understands his mistakes, and he has changed his views of life for the better. Maxim is an intelligent and strong man, and he already knows what righteous work he would like to do in the future.

Oleg and I believe in Maxim and we know that he will never again associate himself with any kind of illegal activity.

Thank you very much for your attention.
Yours faithfully
Tatiana Senakh
Email: sagitta08@mail.ru

25th of July, 2017

Pieksämäki, Finland

Dear Judge Schlitz,

My name is Nadezhda and, if You allow, I'd like to tell You a few worlds about my older brother Maxim Senakh.

I'm 34 years old and I've known him for my whole life. As an older brother, he has always been my support and protection. I grew up knowing that his back was always there for me. He helped me get ready for school, helped with meals, and helped around the house when our parents were working. My brother is very hard-working, kind and generous to everybody, truly loving his family and never wanting to hurt anyone. Therefore I can't believe he committed a crime. I know that he truly regrets it and will never do it again. He knows that the only way to get ahead in life is by working hard, not committing a crime. He has told me this over and over again while he has been in jail.

During the last year I have witnessed a huge jump in my brother's self-development. He has never sought to wealth and has never been rich, but it seems like now he is much more focused on his inwardness and intellectual growth. Knowing Maxim's best qualities and his constant willingness to help the ones in need, I'm sure he can be very useful for the society. He is a very sociable and reliable person with high moralities. I sent him self-help books so he can improve himself and do something while he is in jail. He doesn't have anyone to speak with in jail, so I think the books help him.

Among his friends Maxim is considered to be the person responsible for the decisions made and the actions taken. I could also add that he has such qualities as tolerance, altruism and desire for self-improvement. In any critical situation he remains positive and calm as a man of courage with a kind heart.

Our whole family misses him very much. The family is one of the most important things in Maxim's life. He is a very attentive and caring father, spending a lot of time with his son and paying much attention to the child's education. They both liked to do outdoor activities and school homework together, but since Maxim was arrested, the boy has lost quite a lot of interest in his studies. Now he only does what is absolutely necessary at school. I know Maxim feels terrible for what he has done to his family, and that is why I know he will stay out of trouble.

My brother has taken care not only of his wife and son, but also of his mother and mother-in-law as they are both pensioners without husbands. Any time they needed help around the house, he would never refuse to fix something with his own hands, give an advice or provide a support, and help financially.

We all pray for Maxim every day and can't wait to see him again.

I hope this letter reflects at least a little bit how much we all love and support him. Thank you for reading this!

Best regards,

Nadezhda Senakh

Home address:
Myllykatu 10, 76100
Pieksämäki, Finland
Tel. +358407498512

2